CLARA WALD, Appellant, v. MANUFACTURERS TRUST COMPANY, Respondent.— In an action to recover the purchase price of securities, in which the complaint alleges fraudulent misrepresentations and concealment of facts, judgment for defendant unanimously affirmed, with costs. No opinion. Present — Lazansky P. J., Hagarty, Davis, Johnston and Taylor, JJ.

## (May 27, 1938.)

LAURA BENNETT and Another, Respondents, v. BROOKLYN BUS CORPORATION, Appellant.— Motion for reargument of motion for leave to appeal to the Appellate Division denied. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Taylor, JJ.

WILLIAM V. ELLIOTT, Public Administrator, as Successor Administrator, etc., of MICHAEL ELLARD, Deceased, Appellant, v. OTTO STEINFELDT and Another, Defendants, and MARINE BASIN COMPANY, Respondent.— Motion for leave to appeal to the Court of Appeals denied. (*Williams* v. *Quill*, 303 U. S. 621, decided Feb. 28, 1938.) Motion for resettlement of order denied. [See *ante*, p. 739.] Time to answer extended until ten days after the entry of the order hereon. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Taylor, JJ.

FISK DISCOUNT CORPORATION, Plaintiff, Appellant, v. BROOKLYN TAXICAB TRANS. Co., INC., Respondent, and CHECKER CAB SALES CORPORATION, Impleaded Defendant, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Taylor, JJ.